**MEMO ENDORSED**

The Law Office of Joseph Mauro, LLC      (631) 669-0921
306 McCall Ave.      (631) 669-5071 fax
West Islip, NY 11795

June 21, 2012

Honorable Judge Edgardo Ramos
United States District Court – Southern District of New York
300 Quarropas St.
White Plains, NY 11601      Via Fax: (914) 390-4298

Re: *Krisber and Mario Castro v. Green Tree Servicing, LLC and Kevin Smith*,
No. 10-cv-7211 ~~(KMK)~~(PED)
(ER)

Honorable Judge Ramos,

    I represent the Plaintiffs herein. I am writing jointly with defense counsel to respectfully request that he Conference currently schedule for July 25, 2012 be adjourned to a later date. At conference held on May 24, 2012 with Magistrate Judge Davison the discovery schedule was amended. The close of discovery is now October 25, 2012 (Judge Davison has directed that counsel submit an order to this effect, which was faxed to Judge Davison today).

    <u>Both counsel respectfully request that the July 25, 2012 conference be adjourned to the week of November 5, 2012 subject to the Court's schedule.</u>

Sincerely,

Joseph Mauro
Attorney for Plaintiff

CC: William J. Decaire, Esq. via Fax: 518-465-1843
       Attorney for Defendant

The application is ✓ granted.
                         ___ denied.

Edgardo Ramos, U.S.D.J.
Dated: June 21, 2012
White Plains, New York

The Case Management Conference is rescheduled until November 7, 2012 at 10:00 am.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2012